# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                                          :    Chapter 7
:
HERITAGE HOME GROUP, LLC, *et al.*,[1]   :    Case No. 18-11736 (BLS)
:
     Debtors.                :    (Jointly Administered)
:
---------------------------------------------------------x
:
ALFRED T. GIULIANO, in his capacity as    :
Chapter 7 Trustee of HERITAGE HOME       :
GROUP, LLC *et al.*,                                   :
:
     Plaintiff,                 :
:
v.                                                                  :    Adv. Proc. No. 20-50771 (BLS)
:
WAYNE INDUSTRIES, INC.                        :
:
     Defendant.              :
:
---------------------------------------------------------x

## ORDER APPROVING SECOND STIPULATION
## FOR EXTENSION OF TIME TO RESPOND

Upon consideration of the *Second Stipulation for Extension of Time to Respond* ("Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider the Stipulation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

RLF1 24260420v.1

2

2. The initial status conference scheduled under the Summons for November 10, 2020, is continued to a date and time to be determined by the parties, subject to the further approval of the Court.

3. The Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**Dated: November 5th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**