# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re : Chapter 7
:
HERITAGE HOME GROUP, LLC, *et al.*,[1] : Case No. 18-11736 (BLS)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x
:
ALFRED T. GIULIANO, in his capacity as :
Chapter 7 Trustee of HERITAGE HOME :
GROUP, LLC *et al.*, :
:
Plaintiff, :
:
v. : Adv. Proc. No. 20-50771 (BLS)
:
WAYNE INDUSTRIES, INC. :
: **Re:  Docket No. 7**
Defendant. :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, J. Zachary Noble, hereby certify that on November 5, 2020, I caused a copy of the **Order Approving Second Stipulation for Extension of Time to Respond** [Docket No. 7] to be served upon the parties identified on the attached list in the manner indicated.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Zachary Noble*
　　　　　　　　　　　　　　　　　　　　　　　J. Zachary Noble (No. 6689)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

RLF1 24271304v.1

## SERVICE LIST

**Via E-mail**

William J. Burnett
Damien Nicholas Tancredi
**Flaster/Greenberg P.C.**
1201 N. Orange Street
Suite 301
Wilmington, DE 19801
william.burnett@flastergreenberg.com
damien.tancredi@flastergreenberg.com