**EXHIBIT 1**

RLF1 24720927v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
:
In re : Chapter 7
:
HERITAGE HOME GROUP, LLC, *et al.*,[1] : Case No. 18-11736 (BLS)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x
:
ALFRED T. GIULIANO, in his capacity as :
Chapter 7 Trustee of HERITAGE HOME :
GROUP, LLC *et al.*, :
:
Plaintiff, :
:
v. : Adv. Proc. No. 20-50771 (BLS)
:
WAYNE INDUSTRIES, INC. :
:
Defendant. :
:
------------------------------------------------------x

## FOURTH STIPULATION FOR EXTENSION OF TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the above-captioned plaintiff (the "Plaintiff") and the above-captioned defendant ("Defendant"), subject to the approval of the United States Bankruptcy Court for the District of Delaware ("Court"), that the Defendant's time within which to answer, move or otherwise respond to the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to §§ 547 and 550* [D.I. 1] (the "Complaint") is extended through and including April 30, 2021.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

RLF1 24720926v.1

Dated: January 29, 2021
       Wilmington, Delaware

*/s/ Marcos A. Ramos*
**RICHARDS, LAYTON & FINGER, P.A.**
Marcos A. Ramos (No. 4450)
J. Zachary Noble (No. 6689)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com
      noble@rlf.com

*Attorneys for the Defendant*

*/s/ Damien Nicholas Tancredi*
**FLASTER/GREENBERG, P.C.**
William J. Burnett (No. 4078)
Damien Nicholas Tancredi (No. 5395)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 351-1910
Facsimile: (302) 351-1919
Email: william.burnett@flastergreenberg.com
      damien.tancredi@flastergreenberg.com

*Proposed Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.*