IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re                                                   :    Chapter 7
:
HERITAGE HOME GROUP, LLC, *et al.*,[1]                  :    Case No. 18-11736 (BLS)
:
            Debtors.                                    :    (Jointly Administered)
:
------------------------------------------------------- x
:
ALFRED T. GIULIANO, in his capacity as                  :
Chapter 7 Trustee of HERITAGE HOME                      :
GROUP, LLC *et al.*,                                    :
:
            Plaintiff,                                  :
:
v.                                                      :    Adv. Proc. No. 20-50771 (BLS)
:
WAYNE INDUSTRIES, INC.                                  :    **Re: Docket No. 13**
:
            Defendant.                                  :
:
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, J, Zachary Noble, hereby certify that on January 29, 2021, I caused a copy of the *Order Approving Fourth Stipulation for Extension of Time to Respond* [Docket No. 13] to be served upon the following parties in the manner indicated.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

RLF1 24725407v.1

**Via CM/ECF & Email**

William J. Burnett
Damien Nicholas Tancredi
FLASTER/GREENBERG, P.C.
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Email:  william.burnett@flastergreenberg.com
           damien.tancredi@flastergreenberg.com

                                                                   */s/ J. Zachary Noble*
                                                                  J. Zachary Noble (No. 6689)